**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Deborah Ann Lent<br>             <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 16-11115 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Rushmore Loan Management Services as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series 2015-5T, and index same on the master mailing list.

Re: Loan # Ending In: 7780

Respectfully submitted,

**/s/ Matthew J. McClelland, Esquire**
Matthew J. McClelland, Esquire
mmcclelland@kmllawgroup.com
Attorney I.D. No. 319482
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
Fax: 215-627-7734
Attorney for Movant/Applicant